# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                    **MEMORANDUM OF LAW & ORDER**
                      Criminal File No. 10-69 (MJD/JJK)
                      Civil File No. 13-1140 (MJD)

(16) MIGUEL ANGEL GARCIA,

    Defendant-Petitioner.

Steven L. Schleicher, Assistant United States Attorney, Counsel for Plaintiff-Respondent.

Miguel Angel Garcia, pro se.

    **IT IS HEREBY ORDERED THAT** the Court Reporter shall file an official transcript of Petitioner's Change of Plea hearing, held on August 31, 2010.  An order on Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Docket No. 813] will follow.

Dated:  December 19, 2013                  s/ Michael J. Davis
                                                      Michael J. Davis
                                                      Chief Judge
                                                      United States District Court